IN THE UNITED STATES DISTRICT COURT FOR THE FILED

WESTERN DISTRICT OF OKLAHOMA   FEB 17 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY naa , DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. CR-26-076 G |
| -vs- | ) ) | |
| TAYLOR RYAN PRIGMORE, a/k/a "@adriantepes6426," | ) ) ) | Violations: 18 U.S.C. § 115(a)(1)(B) 18 U.S.C. § 875(c) 18 U.S.C. § 1114 |
| Defendant. | ) ) ) ) ) ) ) | 18 U.S.C. § 111 18 U.S.C. § 924(c)(1)(A)(i) 18 U.S.C. § 924(c)(1)(A)(ii) 18 U.S.C. § 924(c)(1)(A)(iii) 18 U.S.C. § 924(d) 28 U.S.C. § 2461(c) |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
(Threatening to Murder Federal Law Enforcement Officers)

On or about May 9, 2025, in the Western District of Oklahoma,

-------------------------------- TAYLOR RYAN PRIGMORE,
a/k/a "@adriantepes6426," ----------------------------------

did threaten to murder Federal law enforcement officers with intent to impede, intimidate, and interfere with Federal law enforcement officers and with intent to retaliate against Federal law enforcement officers on account of the performance of their official duties. In particular, Defendant posted the following on an internet social media site:

> "If you aren't willing to die and kill for your cause you will lose. There is a chance that man is never seen again. Buy a gun. --- ICE agents. Not a joke. Not a game. --- them. I'm done. I'll --- any cops that show up to my house.

I'll --- as many as possible and then --- myself. All of you should do the same. Buy a gun. This is life and death. They will never face accountability. You are not a good person just because there are things you are not willing to do. Remember how we won WWII. It was not bloodless."

All in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 2
### (Threatening to Murder Federal Law Enforcement Officers)

On or about January 14, 2026, in the Western District of Oklahoma,

------------------------------- **TAYLOR RYAN PRIGMORE,**
a/k/a "**@adriantepes6426,**" -------------------------------

did threaten to murder Federal law enforcement officers with intent to impede, intimidate, and interfere with Federal law enforcement officers and with intent to retaliate against Federal law enforcement officers on account of the performance of their official duties. In particular, Defendant posted the following on an internet social media site: "Be brave. Say it where ever you go. Kill feds," and "No. A strike is no longer good enough when they are going door to door. We need to kill them."

All in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 3
### (Communicating a Threat)

On or about January 16, 2026, in the Western District of Oklahoma,



------------------------------- **TAYLOR RYAN PRIGMORE,**
a/k/a "**@adriantepes6426,**" -------------------------------

knowingly and with recklessness as to whether the communication would be viewed as a true threat of violence transmitted in interstate and foreign commerce a threat to injure the

person of another. In particular, Defendant posted the following on an internet social media site: "I can't wait for the civil war. I'm hungry kill kill youmaga fucks."

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 4
### (Threatening to Murder Federal Law Enforcement Officers)

On or about January 17, 2026, in the Western District of Oklahoma,

------------------------------- **TAYLOR RYAN PRIGMORE,**
a/k/a "@adriantepes6426," ----------------------------------

did threaten to murder Federal law enforcement officers with intent to impede, intimidate, and interfere with Federal law enforcement officers and with intent to retaliate against Federal law enforcement officers on account of the performance of their official duties. In particular, Defendant posted the following on an internet social media site: "You are late as hell. Prep for civil w*r. Prep for d*eth c*mps. Prep for k*lling f*ederal *g*nts."

All in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 5
### (Threatening to Murder Federal Law Enforcement Officers)

On or about January 17, 2026, in the Western District of Oklahoma,

------------------------------- **TAYLOR RYAN PRIGMORE,**
a/k/a "@adriantepes6426," ----------------------------------

did threaten to murder Federal law enforcement officers with intent to impede, intimidate, and interfere with Federal law enforcement officers and with intent to retaliate against Federal law enforcement officers on account of the performance of their official duties. In particular, Defendant posted the following on an internet social media site: "I really tired

3

of dumb fucks pretending he'll obey the courts.  What is the 2nd amendment for?  Prep yourself to kill federal agents."

All in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 6
### (Communicating a Threat)

On or about January 17, 2026, in the Western District of Oklahoma,

-------------------------------- **TAYLOR RYAN PRIGMORE,**
**a/k/a "@adriantepes6426,"** ----------------------------------

knowingly and with recklessness as to whether the communication would be viewed as a true threat of violence transmitted in interstate and foreign commerce a threat to injure the person of another.  In particular, Defendant posted the following on an internet social media site: "C*vil w*r.  I can't wait for the opportunity to k*ll people like you.  Tell your friends."

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 7
### (Attempted Murder of United States Officers and Employees)

On or about January 19, 2026, in the Western District of Oklahoma,

-------------------------------- **TAYLOR RYAN PRIGMORE,**
**a/k/a "@adriantepes6426,"** ----------------------------------

did, with malice aforethought, attempt to kill officers and employees of the United States and of any agency in any branch of the United States Government, to wit Special Agents of the Federal Bureau of Investigation, while such officers and employees were engaged in and on account of the performance of official duties.

All in violation of Title 18, United States Code, Section 1114, the penalty for which is found at Title 18, United States Code, Section 1113.

## COUNT 8
### (Assaulting Federal Officers)

On or about January 19, 2026, in the Western District of Oklahoma,

-------------------------------- **TAYLOR RYAN PRIGMORE,**
a/k/a "@adriantepes6426," --------------------------------

did forcibly assault, resist, oppose, impede, intimidate, and interfere with officers and employees of the United States and of any agency in any branch of the United States Government, to with Special Agents of the Federal Bureau of Investigation, while such officers and employees were engaged in and on account of the performance of official duties, and did so with a deadly and dangerous weapon.

All in violation of Title 18, United States Code, Section 111.

## COUNT 9
### (Possessing, Brandishing, and Discharging a Firearm in the Furtherance of a Crime of Violence)

On or about January 19, 2026, in the Western District of Oklahoma,

-------------------------------- **TAYLOR RYAN PRIGMORE,**
a/k/a "@adriantepes6426," --------------------------------

knowingly possessed, brandished, and discharged a firearm, to wit: a Hi-Point, model Luger C9, 9mm semi-automatic pistol, bearing serial number P121587, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, Attempted Murder of a United States Officer and Employee, as charged in Count 7, and Assaulting a Federal Officer, as charged in Count 8.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii), & (iii).

## FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of any of the offenses alleged in Counts 7 through 9 of this Indictment, **TAYLOR RYAN PRIGMORE,** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense(s).

The property subject to forfeiture includes, but is not limited to:

1. a Hi-Point, model Luger C9, 9mm semi-automatic pistol, bearing serial number P121587;

2. any and all ammunition and magazines not specifically listed.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

MATT DILLON
ARVO Q. MIKKANEN
Assistant United States Attorneys